E-FILED
Thursday, 24 February, 2005  03:28:18 PM
Clerk, U.S. District Court, ILCD

RECEIVED
FEB 2 2 2005
JEANNE E. SCOTT
U.S. DISTRICT JUDGE
IN CHAMBERS
SPRINGFIELD, IL

February 7, 2005

The Honorable Jeanne E. Scott
United States District Judge
Central District of Illinois

RE:   William Grier, #13933-026
      Docket Number: 02-30081-001

Dear Honorable Scott:

My name is William Grier. I am an individual currently incarcerated at the Federal Correctional Institution, I. A medium security level federal facility located in Victorville, California. I was sentenced in your Court on March 7, 2003, to a term of 62 months for Felon In Possession Of A Firearm. Currently, I have a projected release date of March 7, 2007 and 3 years of supervised release. In addition, a $100.00 felony assessment was also issued in my case.

The reason for my letter to you is to humbly ask for your assistance. During sentencing, you recommended to the Federal Bureau of Prisons that I be housed at an institution located as close to the Springfield, Illinois area as well as an opportunity to participate in an intensive drug abuse program. Please be aware that since my incarceration, I have participated in (and either chaired and/or instructed) numerous programs dealing with drugs and alcohol (see attached list) as well as other programs in order to enhance the quality of my life and the life of others. Currently, I am an active member of the Life Connections Program (LCP). LCP is a presidentially supported, voluntary faith-based, pre-release, residential program for federal inmates. This intensive 18 month program allows inmates the ability to gain insight into their life journeys, strengthen their relationship with God, with others and themselves. I have opportunities to learn about other belief systems and religious practices; however, focusing on my own faith's sacred writings, teachings and customs. In this program, I am able to experience spiritual growth, journaling, while deepening of my religious roots, values and social responsibility. Each week, local mentors visit me so that I may receive personal spiritual guidance. I am scheduled to graduate from the LCP in December of 2005.

In January of 2005, I was deemed appropriate by Drug Treatment Staff to participate in the 500 Hour Residential Drug Abuse Program (RDAP). At sentencing, as I recall, one of the items discussed was the possibility of receiving a year "credit" for participation in this program; however, according to BOP policy, I am eligible for the program and 6 month halfway house placement, but not the "year off". As stated above, I am scheduled to graduate from LCP in December of 2005. As this facility does not currently offer RDAP, I would be transferred to a lower security level facility that offers this program as I am eligible to be housed at a low facility due to my security level points. Currently, I have received a "Management Variable" to continue to be housed at this facility in order to complete the LCP. After graduation, I am assuming that I would be transferred to a different facility no earlier than February (due to the holidays) and ready to participate in the RDAP no earlier than March of 2005. Assuming that this 9 month program would begin in March, I would tentatively graduate in December of 2006.

According to BOP policy, I am eligible for halfway house placement not before September 25, 2006. By completing LCP and RDAP, I would be penalized; not receiving the maximum amount of time in a halfway house that others might receive who have not completed these programs. Additionally, there is an organization called Volunteers of America, which is a non-profit, faith based organization which has been selected as a liaison by the BOP that matches inmates who participate in the LCP with congregations and civic organizations for re-entry mentoring in successful release into the community.

Lastly, I have been personally asked by the LCP Program Coordinator, Reverend T.A. Shackelford, to consider remaining at this facility until release (which I have graciously accepted) in order to serve as an LCP Mentor to all of the other participants of this program. Reverend Shackelford fully supports my mission and desire.

What I ask of you, Honorable Scott, is to consider my situation and all the circumstances that surround it. Specifically, I ask that you consider the following:

1. *That I have successfully satisfied your recommendation of an intensive drug treatment program with all of the programs and activities that I have completed, instructed and/or chaired which will enable me to receive a fair amount of halfway house time and not be penalized for my participation in these programs.*

2. *That I am able to remain at this facility for the duration of my sentence to act as a Mentor for the Life Connections Program which will also strengthen and prepare others as well as myself towards release.*

As time is of the essence, I am respectfully requesting a prompt and hopefully favorable written response. You may address your response to:

William L. Grier #13933-026
Federal Correctional Institution, I
P.O. Box 5300
Adelanto, CA 92301

Should this letter be inappropriately addressed to you, I ask that you can forward it to the appropriate individual who may be able to assist me. Thank you for your time.

Sincerely,

William L. Grier

cc: Chaplain Shackelford
    central file

att (1): List of programs

SUBSCRIBED AND SWORN BEFORE ME
THIS FEBRUARY DAY 7TH 20 05
FEDERAL CORRECTIONAL COMPLEX, VICTORVILLE, CA
SAN BERNARDINO COUNTY
KISHA R. MORRIS
CASE MANAGER
AUTHORITY ACT OF CONGRESS JULY 7, 1955
TO ADMINISTER OATHS
(TITLE 18, U.S.C. SECTION 4004)

Below are programs which I have completed, chaired/instructed and currently enrolled.

12 Step Video
"Cage Your Rage" -Anger Management
Alcoholics Anonymous *(completed/chaired)*
Narcotics Anonymous *(completed/chaired)*
Cocaine Anonymous *(completed/chaired)*
"Beat The Street"
"Living Sober"
6 months non-residential Drug Abuse Treatment
Choice and Change Drug Abuse
Basic Spanish
ACE - Commercial Drivers License (informational)
Parenting From A Distance
Employment Strategies
Basic Stock Investment Skills
RPP - Overview
Introduction To CPR
Self Image
Coping Skills
Self Worth
Mastering Employability *(completed/instructor)*
American Bible Academy - The Gospel According To John
Yoga *(completed/instructor)*
Money 101
Advanced Aerobics
Kairos #9

*Additional information:*
$100.00 Felony Assessment - complete effective March 25, 2004
Random Drug Tests - Negative
Release Preparation Participant
"Preparing For Success Upon Release" - currently enrolled/participant



NAME: William Grier
REG. #: 13933-026
FEDERAL CORRECTIONAL COMPLEX
P.O. BOX 5300
ADELANTO, CA 92301

SAN BERNARDINO, CA 92418
17 FEB 2005

Hon. Jeanne E. Scott
United States District Court
319 United States Courthouse
600 East Monroe Street
Springfield, IL 62701