ORIGINAL

CDIL PROB 22
(Rev. 4/97)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER (Tran. Court) |
|---|
| 02-30081-001 |

| DOCKET NUMBER (Rec. Court) |
|---|
| 08-30087-MJR/DGW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT: | CENTRAL DISTRICT OF ILLINOIS | DIVISION |
|---|---|---|---|
| William L. Grier | | | Springfield |
| | NAME OF SENTENCING JUDGE | | |
| | Jeanne E. Scott | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 04/13/07 | TO 04/12/10 |

| OFFENSE |
|---|
| Felon in Possession of a Firearm |

FILED
APR 2 4 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

02-20-08
Date

s/ Jeanne E. Scott
JEANNE E. SCOTT
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2-28-08
Effective Date

s/Michael J. Reagan
United States District Judge