

# United States District Court

| | | |
|---|---|---|
| PAMELA E. ROBINSON<br>CLERK OF COURT | CENTRAL DISTRICT OF ILLINOIS<br><br>OFFICE OF THE CLERK<br>151 U.S. COURTHOUSE<br>600 EAST MONROE STREET<br>SPRINGFIELD, ILLINOIS 62701 | TEL: 217.492.4020<br>FAX: 217.492.4028 |

April 24, 2008

U.S. District Clerk's Office
Southern District of Illinois
Melvin Price Federal Building & US Courthouse
750 Missouri Avenue
East St. Louis, IL 62201

        RE: US v Grier
        CASE NO. 02-30081-001

Dear Sir:

    Pursuant to the executed Transfer of Jurisdiction filed in this office on April 24, 2008, enclosed please find certified copies of the following:

        1. Docket Sheet
        2. Transfer of Jurisdiction
        3. Indictment
        4. Judgment and Commitment
        5. Financial ledger

    I am also enclosing a copy of this letter. Please acknowledge receipt of the above documents.

        Very truly yours,

        PAMELA E. ROBINSON, CLERK
        U.S. DISTRICT COURT

        By: ____s/Christy Taylor_____
                Deputy Clerk

Enclosure(s)
PER/ct