

# United States District Court

PAMELA E. ROBINSON
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

TEL: 217.492.4020
FAX: 217.492.4028

April 24, 2008

RECEIVED
APR 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

U.S. District Clerk's Office
Southern District of Illinois
Melvin Price Federal Building & US Courthouse
750 Missouri Avenue
East St. Louis, IL 62201

RE: US v Grier
CASE NO. 02-30081-001

Dear Sir:

Pursuant to the executed Transfer of Jurisdiction filed in this office on April 24, 2008, enclosed please find certified copies of the following:

1. Docket Sheet
2. Transfer of Jurisdiction
3. Indictment
4. Judgment and Commitment
5. Financial ledger

I am also enclosing a copy of this letter. Please acknowledge receipt of the above documents.

Very truly yours,

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT

By: _s/Christy Taylor_
Deputy Clerk

Enclosure(s)
PER/ct